**Motion Granted; Order filed October 4, 2012**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-00264-CV

———————

**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,**
**Appellants**

**V.**

**E. BARGER MILLER, III AND REUNION POTASH COMPANY, Appellees**

———————

NO. 14-12-00318-CV

———————

**E. BARGER MILLER, III AND REUNION POTASH COMPANY, Appellants**

**V.**

**WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD,**
**Appellees**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-29234**

## ORDER

The parties have filed a joint motion to establish a briefing schedule in these consolidated appeals. The motion is GRANTED.

We order all parties' briefs due in accordance with the following schedule:

- November 9, 2012: Appellants' briefs due;

- December 21, 2012: Appellees' briefs due; and

- January 18, 2013: Reply briefs due.


PER CURIAM